IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL VICENTE ALEN-GUTIERREZ, et al.

    Plaintiffs

    v.

LUIS ACEVEDO MIRANDA, et al.

    Defendants

Civil No. 97-2921(SEC)



## PARTIAL JUDGMENT

Pursuant to Opinion and Order of even date, all claims presented by plaintiffs Angel Vicente Alen-Gutierrez, his wife, and their conjugal partnership, on their own behalf, shall be **DISMISSED**. Furthermore, pursuant to plaintiffs' agreement, all claims pursuant to 42 U.S.C. § 1985 shall be **DISMISSED**. In addition, all claims against co-defendant Officer Jimenez shall be **DISMISSED** pursuant to Rules 4(m) and 41(b). Partial judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)