IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL V. ALEN-GUTIERREZ, et. al.

Plaintiffs

v.

LUIS ACEVEDO-MIRANDA, et. al.

Defendants

Civil No. 97-2921(SEC)

## ORDER

This Court entered a partial judgement on September 30th, 1999 **(Docket #27)** dismissing some of the claims in the above-referenced case. The case has remained inactive since then. There are no pending motions before the Court. Therefore, the parties are hereby ORDERED to file a Pre-Trial Order within twenty (20) days of the entry on the docket of this order.

**SO ORDERED.**

In San Juan, Puerto Rico, this 5 day of January, 2000.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)

