UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL V. ALLEN-GUTIERREZ, et. al.
    Plaintiffs
        v.                         Civil No. 97-2921(SEC)
LUIS ACEVEDO-MIRANDA, et. al.
    Defendants



## ORDER

| MOTION | RULING |
|---|---|
| **Docket #30**<br>**Informative Motion Pertaining Discovery and Pre-Trial Report** | **Granted.** However, the Court notes the following. In the Case Management Order of July 6, 1998, (Docket #13), the Court set a deadline of February 11, 1999 to complete discovery. At that time, the Court instructed the parties to the effect that the deadline therein established was firm and "[was] not be extended without good cause shown to the Court." (Docket #13 at p. 3).<br><br>The good cause adduced by Plaintiffs in their motion for an extension of time, (Docket # 30), are: (1) that there are depositions pending; (2) that on November, 1999, the parties met to schedule such depositions; and (3) that to this date, they have not been able to set the dates for the depositions because one of the attorneys, Mrs. González, Esq. (from the Commonwealth Justice Department) was not available and could not be reached, in order to schedule the depositions.<br><br>In joining Plaintiffs in their request for an extension of time, Defendants further explain that discovery was not conducted in this case while the various motions to dismiss filed early in the proceedings were under the advisement of the Court.<br><br>The Court notes in this regard that no request for a stay of the proceedings was requested by the parties, and the parties were not to voluntarily stay the discovery without leave of the Court. In addition, the Court notes that on September 30, 1999 the Court issued an Opinion and Order disposing of the pending motions to dismiss, (Dockets #26 and 27), yet it was not until November, 1999 that the parties met to schedule the pending depositions, a task that they have to this date, been able to complete.<br><br>Furthermore, the Court issued an Order on January 5th, 2000, ordering the parties to file their Joint Proposed Pre-Trial Order within 20 days. (Docket # 29). However, it is not until February 23, 2000, over a month and a half after, that the Parties answer this Court's Order, and they did not comply.<br><br>**All of the above has caused undue delays and prejudice to the Court. The Parties are instructed to be diligent in conducting discovery in this case. The discovery deadline is hereby extended as requested until June 30, 2000. However, all discovery must be finished by then. The Court admonishes the parties that no further extensions will be granted regarding this issue. The Joint Proposed Pre-Trial Order is to filed by July 21, 2000.** |

Civil No. 97-2921(SEC)     2

| MOTION | RULING |
|---|---|
| **Docket #31**<br>**Request for Additional Time to Pursue Discovery** | Granted, see above. |

DATE: March 3d, 2000

*[signature]*
SALVADOR E. CASELLAS
United States District Judge