IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL VICENTE ALEN-GUTIÉRREZ, *
et. al.                        *
                               *
        Plaintiffs             *
                               *   Civil No. 97-2921(SEC)
        v.                     *
                               *
                               *
LUIS ACEVEDO-MIRANDA, et. al.  *
                               *
        Defendants             *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

By order of the Court, the above-captioned case is hereby transferred to the docket of the recently appointed U.S. District Judge for the District of Puerto Rico, Hon. Jay García-Gregory, subject to his approval pursuant to Local Rules 302(2) and 302(7).

**SO ORDERED.**

In San Juan, Puerto Rico, this 8TH day of August, 2000.

SALVADOR E. CASELLAS
United States District Judge