## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ANGEL VICENTE ALEN-GUTIERREZ, et al

    **Plaintiff(s)**

    v.           **CIVIL NUMBER: 97-2921(JAG)**

LUIS ACEVEDO MIRANDA, et al

    **Defendant(s)**

*RECEIVED & FILED 00 AUG 24 AM 7:15 — CLERK'S OFFICE, U.S. DISTRICT COURT, SAN JUAN, P.R.*

| MOTION | ORDER |
| --- | --- |
| **Date Filed:** 08/16/00<br>**Title:** Motion of Partial Withdrawal as Counsel<br>**Docket:** #40<br>[ ] Plffs   [ ] Defts   [x] Other | **GRANTED.** The Clerk of Court is hereby directed to discontinue all notifications to Atty. Kenneth C. Suria regarding this matter. |

**Date:** 08/18/00

JAY A. GARCIA-GREGORY
U.S. District Judge

