UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL VICENTE ALEN GUTIERREZ, et al

Plaintiff(s)

v.                                    CIVIL NO.   97-2921 (JAG)

LUIS ACEVEDO MIRANDA, et al

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/14/02<br>**Title:** Motion to Withdraw and Request for Extension of Time<br>**Dockets:** 46<br><br>[ ] Plffs   [X] Defts   [ ] Other | **GRANTED.** Withdrawing counsel should have identified the parties she represented. The Justice Department has 10 days to assign counsel. Meanwhile, Salvador J. Antonetti-Stutts, as Director of the Federal Litigation Division, shall be held accountable for the legal representation of withdrawing counsel. |

Date: May 28, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge