IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Angel Vicente Alen-Gutierrez,
et al.,

    **Plaintiffs**

    v.

Luis Acevedo-Miranda, et al.,

    **Defendants**

CIVIL NO. 97-2921(JAG)

**ORDER TO SHOW CAUSE**

The record reflects **no** docket entries from plaintiffs since **July 31, 2000**. (See Docket No. 38.) Their lack of diligence has even extended to open disregard of this Court's orders. (See, e.g., Docket No. 42.) The Court orders plaintiffs to show cause by **July 9, 2002**, why it should not dismiss this case for want of prosecution pursuant to Fed. R. Civ. P. 41. Absolutely no extensions will be granted.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 2nd day of July 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge