## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Angel Vicente Alen-Gutierrez,
et al.,

      Plaintiffs

    v.

Luis Acevedo-Miranda, et al.,

      Defendants

**CIVIL NO. 97-2921 (JAG)**

RECEIVED AND FILED
2002 JUL 15 AM 11:09
CLERKS OFFICE ANNEX
US DISTRICT COURT
OLD SAN JUAN PR

### JUDGMENT

Pursuant to the Order entered on this date, the Court enters judgment **dismissing** the Complaint against all the co-defendants **with prejudice**. The supplemental claims are **dismissed without prejudice**.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of June 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge