UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL VICENTE ALEN GUTIERREZ, et al

    **Plaintiff(s)**

    v.                                    CIVIL NO.   97-2921 (JAG)

LUIS ACEVEDO MIRANDA, et al

    **Defendant(s)**

*RECEIVED AND FILED 2002 JUL 16 PM 3:03 CLERK'S OFFICE ANNEX U.S. DISTRICT COURT OLD SAN JUAN PR*

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/11/02<br>**Title:** Motion Informing Annual Leave<br>**Dockets:** 49 | **DENIED.** |

[ ] Plffs    [X] Defts    [ ] Other

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/11/02<br>**Title:** Notice of Appearance<br>**Dockets:** 48 | **NOTED.** |

[ ] Plffs    [X] Defts    [ ] Other

Date: July 12, 2002

                    JAY A. GARCIA-GREGORY
                    U.S. District Judge