IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL VICENTE ALEN- GUTIERREZ *Et al.* | Civil No. 97-2921 (JAG) |
| **Plaintiffs-appellants** | CIVIL RIGHTS ACTION |
| VS | TRIAL BY JURY DEMANDED |
| LUIS ACEVEDO MIRANDA *et al.* | |
| **Defendants-appellees** | |

NOTICE OF APPEAL

TO THE HONORABLE COURT:

NOW come plaintiffs, through undersigned counsel and respectfully state and pray:

**1. The parties taking the appeal are:**

1.1.- **ANGEL VICENTE ALEN-GUTIERREZ and his wife LOURDES MARIA ARIAS-JIMENEZ** are the parents of **VERONICA MARIA ALEN-ARIAS,** who was 13 years old at the time of the events described in the Complaint. They appear as plaintiff, as parents with *patria potestas* over **VERONICA MARIA ALEN-ARIAS.**

1.2.- **JUAN CARLOS ARIAS-JIMENEZ and his wife JOSEFINA LAURA GONZALEZ-LUGO** are the parents of **CARLA BEATRIZ ARIAS-GONZALEZ,** who was

13 years old at the time of the events described in the Complaint, and **LAURA RAQUEL ARIAS-GONZALEZ,** who was 14 years old at the time of the events described in the Complaint. They appear as plaintiff for the damages they suffered, and as parents with *patria potestas* over CARLA BEATRIZ ARIAS-GONZALEZ and LAURA RAQUEL ARIAS-GONZALEZ.

2.- **The appelles in this case are the following defendants:**

2.1.- **LUIS ACEVEDO-MIRANDA.**

2.2.- **SUPERMERCADOS AMIGO, INC.** a corporation organized under the laws of the Commonwealth of Puerto Rico.

2.3.- **LUIS A. MERCED-MARRERO and his conjugal partnership.**

2.4.- **AMERICAN INTERNATIONAL INSURANCE COMPANY,** as insurer for Supermercados Amigo, Inc.

2.5.- **JUAN MIRO.**

3.- JUDGMENT APPEALED FROM: judgment entered and filed on July 15th., 2002 DISMISSING the Complaint in the case of *Angel Vicente Alent-Gutiérrez et al. v. Luis Acevedo-Miranda et al.,* Civil No. 97-2921 (JAG)4.- COURT APPEAL TO: The above mentioned judgment is appealed to the United States Court of Appeals for the First Circuit.

4.- COPIES FILED: the original and three (3) copies of this Notice of Appeal are being filed with the Clerk of this Court, in order

RESPECTFULLY SUBMITTED

In Bayamón, Puerto Rico this 14th. day of August, 2002.

I CERTIFY that the attorneys for all parties defendants-appellees in this case are: Mr. Dennis J. Cruz Pérez, P.O. Box 9028, Ponce, PR 00732; Hon. Anabelle Rodríguez, Secretary of Justice through Mr. Salvador Antonetti-Stutts, Esq., Director Federal Litigation Division, PO BOX 9020192, SAN JUAN PR 00902-0192, that are to be notified of this Notice of Appeal by the Clerk of the District Court pursuant to Rule 3(d) of Appellate Procedure.

MAXIMILIANO TRUJILLO-GONZALEZ, Esq.
USDC-PR 122208
PO BOX 9481
BAYAMON PR 00960
TEL. (787) 785-8756, (787) 399-0820
FAX. (787) 708-2567
m_trujillo_gonzalez@hotmail.com
ATTORNEY FOR PLAINTIFFS-APPELLANTS